No. 89–1317.   NATIONAL SHOPMEN PENSION FUND *v.* MC-DANIEL ET AL.   C. A. 9th Cir.   Motion of National Roofing Industry Pension Fund for leave to file a brief as *amicus curiae* granted.   Certiorari denied.   JUSTICE WHITE would grant certiorari.